United States Courts
Southern District of Texas
FILED
*March 16, 2021*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. |
| ABRAHAM JOAQUIN CANELA, | § § § | 4:21cr129 |
| Defendant. | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

### Illegal Receipt of Ammunition by a Person Under Indictment

On or about February 11, 2021 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ABRAHAM JOAQUIN CANELA,**

defendant herein, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Smuggling Goods From the United States, Case Number 5:20-CR-01795-S1, did willfully receive ammunition, that is 1,400 (one thousand four hundred) rounds of .50 caliber ammunition, said ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

Pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States hereby gives notice to defendant,

**ABRAHAM JOAQUIN CANELA,**

that upon conviction of a knowing and willful violation of Title 18, United States Code, Sections 922(n) or 924, all firearms and ammunition involved in or used in any such violation is subject to forfeiture, including but not limited to 1400 rounds of .50 caliber ammunition.

A TRUE BILL:

**Original Signature on File**
_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

*Jennifer Stabe*
_____
JENNIFER STABE
Assistant United States Attorney
Southern District of Texas
713-567-9711